JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| OLIVIA SHERLEY S.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. EDCV 20-01986-AS<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

　　DATED: March 31, 2022

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE